FILED
CLERK, U.S. DISTRICT COURT
1/5/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: _____VAV_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

March 2022 Grand Jury

| UNITED STATES OF AMERICA, | CR 2:23-cr-00002-CJC |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 641: Theft of Government Property in Excess of $1,000] |
| NOEL MIRELEZ, aka "Noel Gonzalez," aka "Noel Martin," | |
| Defendant. | |

The Grand Jury charges:

[18 U.S.C. § 641]

On or about July 25, 2022, in Los Angeles County, within the Central District of California, defendant NOEL MIRELEZ, also known as ("aka") "Noel Gonzalez," aka "Noel Martin," knowingly and willfully stole, purloined, and converted to his own use property of the Social Security Administration ("SSA"), a department and agency of the United States, having a value in excess of $1,000, namely, one 2018

\\

\\

Hyundai Sonata, with the intent to deprive the SSA of the use and benefit of that vehicle.

A TRUE BILL

/S/
Foreperson

E. MARTIN ESTRADA
United States Attorney

*Christina Shay for SMG*

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

DAVID T. RYAN
Assistant United States Attorney
Chief, General Crimes Section

MORGAN J. COHEN
Assistant United States Attorney
Major Frauds Section